# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 29, 2017

## NO. 03-16-00548-CV

**Texas State University, Appellant**

**v.**

**Dr. Kathleen Quinn, Appellee**

### APPEAL FROM 26TH DISTRICT COURT OF WILLIAMSON COUNTY
### BEFORE JUSTICES PURYEAR, FIELD, AND SHANNON
### AFFIRMED -- OPINION BY JUSTICE SHANNON

This is an appeal from the judgment denying a plea to the jurisdiction rendered by the district court on July 7, 2016. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the district court's judgment. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.